Arthur S. Beeman (State Bar No. 237996)
asbeeman@jonesday.com
Brett A. Lovejoy (State Bar No. 212942)
blovejoy@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff
ALEXX, INC.

Gina A. Bibby (State Bar No. 242657)
gbibby@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Attorneys for Defendant
TRIPLE C DESIGNS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>TRIPLE C DESIGNS, INC. and DOES 1-20, Inclusive<br><br>           Defendants. | ) CASE NO: 10-CV-3946-CW<br>)<br>)<br>) **STIPULATION PURSUANT TO LOCAL**<br>) **RULE 6-1 AND ORDER POSTPONING**<br>) **INITIAL CASE MANAGEMENT**<br>) **CONFERENCE TO AFTER EARLY**<br>) **SETTLEMENT CONFERENCE**<br>)<br>)<br>) JUDGE: HON. CLAUDIA WILKEN<br>) |

1    **IT IS HEREBY STIPULATED** by and between plaintiff Alexx, Inc. ("Plaintiff") and

2  defendant Triple C Designs, Inc. ("Defendant"), by and through their counsel of record as

3  follows:

4    **WHEREAS**  the initial Case Management Conference (CMC) is currently scheduled for

5  Tuesday, December 7, 2010, at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland,

6  CA 94612;

7    **WHEREAS** the parties have met and conferred and agreed to request an Early

8  Settlement Conference with a Magistrate Judge;

9    **WHEREAS**, pursuant to their agreement and ADR Local Rule 3-5, the parties filed a

10  Notice of Need for ADR Phone Conference on Monday, November 22, 2010;

11    **WHEREAS** the parties believe that court sponsored alternative dispute resolution may

12  materially advance settlement negotiations and, therefore, wish to postpone the initial CMC to

13  after such court sponsored alternative dispute resolution has been completed;

14    **WHEREAS** the Defendant believes that an Early Settlement Conference is the most

15  suitable process for alternative dispute resolution;

16    **WHEREAS** the Plaintiff believes that an Early Settlement Conference, court sponsored

17  mediation, or court sponsored early neutral evaluation would be a suitable process for alternative

18  dispute resolution;

19    **WHEREAS** the parties have not requested any previous time modifications, except on

20  October 8, 2010, the parties stipulated to extend time for Defendant to answer or otherwise

21  respond to Alexx's Complaint to November 11, 2010; and

22    **NOW**, **THEREFORE**, pursuant to Local Rule 6-1, the undersigned parties hereby

23  stipulate to postpone the initial CMC to Tuesday, February 22, 2011, at 2:00 p.m. in Courtroom

24  2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, or such other date as the Court may order.

25    **SO STIPULATED**.

26  Dated:  November 22, 2010                         Foley & Lardner LLP

27                                                                        By:    */s/ Gina A. Bibby*
                                                                                      Gina A. Bibby
28                                                                                Attorneys for Defendant
                                                                                      Triple C Designs, Inc.

-1-
STIPULATION TO POSTPONE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV-10-3946-CW

1

Dated:  November 22, 2010                    Jones Day

                                             By:   /s/ Brett A. Lovejoy
                                                   Brett A. Lovejoy
                                                   Attorneys for Plaintff
                                                    Alexx Inc.

1
2
3
4
5
6
7
8
...
28

**ORDER POSTPONING INITIAL CMC**

Based on the foregoing stipulation of the parties, the Court hereby continues the initial case management conference to Tuesday, February 22, 2011, at 2:00 p.m. or _____ _____.

**IT IS SO ORDERED.**
Dated: **11/23/2010**

_____
The Honorable Claudia Wilken
United States District Court Judge

-1-
~~PROPOSED~~ ORDER
CASE NO. CV-10-3946-CW

## CERTIFICATION OF CONCURRENCE

I hereby attest that concurrence in the filing of this document has been obtained from counsel for plaintiff, Brett A. Lovejoy.

Dated:  November 22, 2010                         Foley & Lardner LLP

                                        By:   */s/ Gina A. Bibby*
                                                          Gina A. Bibby
                                                          Attorneys for Defendant
                                                          Triple C Designs Inc.