1  Arthur S. Beeman (State Bar No. 237996)
   asbeeman@jonesday.com
2  Brett A. Lovejoy (State Bar No. 212942)
   blovejoy@jonesday.com
3  **JONES DAY**
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone: (415) 626-3939
5  Facsimile: (415) 875-5700

6  Attorneys for Plaintiff
   ALEXX, INC.
7
   Gina A. Bibby (State Bar No. 242657)
8  gbibby@foley.com
   **FOLEY & LARDNER LLP**
9  975 Page Mill Road
   Palo Alto, CA 94304-1013
10 Telephone: (650) 856-3700
   Facsimile: (650) 856-3710
11
   Steven J. Rizzi (*Pro Hac Vice*)
12 srizzi@foley.com
   **FOLEY & LARDNER LLP**
13 90 Park Avenue
   New York, NY 10016-1314
14 Telephone: (212) 682-7474
   Facsimile: (212) 687-2329
15
   Attorneys for Defendant
16 TRIPLE C DESIGNS, INC.

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA**

19

**OAKLAND DIVISION**

20

| | |
|---|---|
| ALEXX, INC., a California corporation, | ) CASE NO: CV 10-3946 CW |
| Plaintiff, | ) **JOINT STIPULATION AND ORDER** |
|  | ) **REQUESTING A SETTLEMENT** |
| v. | ) **CONFERENCE BEFORE A** |
|  | ) **MAGISTRATE JUDGE (OR JUDGE) IN** |
| TRIPLE C DESIGNS, INC. and DOES 1-20, Inclusive | ) **ACCORDANCE WITH CIVIL LOCAL** |
|  | ) **RULE 7** |
| Defendants. | ) |
|  | ) JUDGE: HON. CLAUDIA WILKEN |

Pursuant to ADR Local Rule 7-3, plaintiff Alexx, Inc. ("Alexx") and defendant Triple C Designs, Inc. ("Triple C"), hereby jointly request a settlement conference before a magistrate judge (or judge) in accordance with Civil Local Rule 7.  The parties participated in an ADR Phone Conference with ADR Program Staff Attorney Robin W. Siefkin on December 21, 2010.

## Background and Procedural History

This is an action for patent infringement that was filed on September 2, 2010.  The two related patents at issue are not complex and relate to a device called a "key locator" for holding keys on the edge of a purse or other bag so that they may be readily located.  Shortly after the case was filed, defendant's counsel contacted plaintiff's counsel and informed him that Triple C had stopped selling the accused product before the case was filed.  The parties then actively engaged (through counsel) in settlement discussions.  Substantial progress was made toward settlement based on information provided by Triple C to Alexx's counsel.  Unfortunately, an impasse was reached in November 2010.

The parties' undersigned counsel continue to believe that a prompt settlement is possible, and seek to use the Court-sponsored ADR process toward achieving that end.  In particular, on November 22, 2010, the parties filed a joint stipulation to postpone the initial Case Management Conference ("CMC") until after completion of the Court-sponsored ADR process.  On November 23, 2010, the Court continued the CMC to February 22, 2011.

## Joint Request for Settlement Conference

ADR Local Rule 7-3 provides that "[f]or cases assigned to the ADR Multi-Option program, at any time after the ADR phone conference, a party may file with the assigned judge a request for a settlement conference, pursuant to Civil L.R. 7."  The ADR phone conference was held on December 21, 2010.  The parties continue to agree that a settlement conference with a judicial officer presents the best possibility for overcoming the impasse reached in the parties' settlement discussions, and achieving a prompt settlement.  Moreover, in view of the discussions that have already taken place, and the relative simplicity of the subject matter and remaining issues, the parties believe that commitment of a small amount of time by a judicial officer will materially advance this case towards settlement.

In view of the foregoing, the parties respectfully request that the Court order a settlement conference with a magistrate judge (or judge) to occur at the earliest possible date, and in advance of the initial CMC (currently set for February 22, 2011).

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the parties' request for a settlement conference with a magistrate judge in accordance with Civil Local Rule 7 is hereby **GRANTED**.

The settlement conference shall be scheduled **as soon as is convenient to the assigned Magistrate Judge's calendar.**

Dated this **23rd** day of **December**, 20**10**.

Honorable Claudia Wilken
United States District Judge

Submitted by:

Dated:  December 22, 2010  FOLEY & LARDNER LLP

By:  */s/ Steven J. Rizzi*
       Steven J. Rizzi
       Gina A. Bibby
       Attorneys for Defendant
         Triple C Designs, Inc.

Dated:  December 22, 2010  JONES DAY

By:  */s/ Brett A. Lovejoy*
       Brett A. Lovejoy
       Attorneys for Plaintiff
         Alexx Inc.

-3-
JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING SETTLEMENT CONFERENCE
CASE NO. CV 10-3946 CW

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for plaintiff, Brett A. Lovejoy.

Dated:  December 22, 2010                                FOLEY & LARDNER LLP

                                                                            By:   */s/ Gina A. Bibby*
                                                                                     Steven J. Rizzi
                                                                                     Gina A. Bibby
                                                                                     Attorneys for Defendant
                                                                                        Triple C Designs, Inc.