Arthur S. Beeman (State Bar No. 237996)
asbeeman@jonesday.com
Brett A. Lovejoy (State Bar No. 212942)
blovejoy@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff
ALEXX, INC.

Gina A. Bibby (State Bar No. 242657)
gbibby@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Steven J. Rizzi (*Pro Hac Vice*)
srizzi@foley.com
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Attorneys for Defendant
TRIPLE C DESIGNS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALEXX, INC., a California corporation, | ) CASE NO: CV 10-3946 CW |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| v. | ) **CHANGE TIME PURSUANT TO CIVIL** |
|  | ) **LOCAL RULE 6-2** |
| TRIPLE C DESIGNS, INC. and DOES 1-20, Inclusive | ) **[DECLARATION OF STEVEN J. RIZZI FILED CONCURRENTLY HEREWITH]** |
| Defendants. | ) JUDGE: HON. CLAUDIA WILKEN |

1  IT IS HEREBY STIPULATED by and between Plaintiff Alexx, Inc. ("Alexx") and
2  Defendant Triple C Designs, Inc. ("Triple C"), by and through their counsel of record as follows:
3  WHEREAS, the initial Case Management Conference is currently set for February 22,
4  2011;
5  WHEREAS, on February 7, 2011, the parties attended a Settlement Conference before
6  Magistrate Judge Ryu, but were unable to reach a settlement (D.I. 25);
7  WHEREAS, the parties agreed to continue settlement discussions and contact Magistrate
8  Judge Ryu's chambers within one week from February 7, 2011 to schedule a date for a further
9  Settlement Conference (D.I. 25);
10  WHEREAS, following the February 7, 2011 Settlement Conference, the parties acted
11  expeditiously to determine a mutually agreeable time to propose to the Court for continuing the
12  February 22, 2011 Case Management Conference to pursue further settlement discussions, and
13  have agreed on April 5, 2011, but the parties are not able satisfy the requirements of Civil Local
14  Rule 6-1(b), which requires that "[a]ny stipulated request or motion which affects a hearing or
15  proceeding on the Court's calendar must be filed no later than 14 days before the scheduled
16  event";
17  WHEREAS, the parties respectfully request the Court continue the Case Management
18  Conference currently scheduled for February 22, 2011 by six weeks to April 5, 2011 so that the
19  parties can pursue further settlement discussions;
20  WHEREAS, there have been no other previous time modifications in the case, whether
21  by stipulation or Court order, except, pursuant to stipulation filed October 8, 2010 (D.I. 4), the
22  deadline for Triple C to answer Alexx's Complaint was extended to November 11, 2010, and
23  pursuant to stipulation filed November 22, 2010 (D.I. 15), the initial Case Management
24  Conference was postponed to February 22, 2011; and
25  NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the undersigned parties hereby
26  stipulate and respectfully request the Court order as follows:
27  1.  The Tuesday, February 22, 2011 Case Management Conference shall be
28  continued to Tuesday, April 5, 2011 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street,

Oakland, CA 94612, or such other date as the Court may order.

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 15, 2011.    _____
                                   Honorable Claudia Wilken
                                   United States District Judge

Submitted by:

Dated:  February 9, 2011                    FOLEY & LARDNER LLP

                                       By:   */s/ Steven J. Rizzi*
                                              Steven J. Rizzi
                                              Gina A. Bibby
                                              Attorneys for Defendant
                                                 Triple C Designs, Inc.

Dated:  February 9, 2011                    JONES DAY

                                       By:   */s/ Brett A. Lovejoy*
                                              Brett A. Lovejoy
                                             Attorneys for Plaintiff
                                               Alexx Inc.

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for plaintiff, Brett A. Lovejoy.

Dated:  February 9, 2011               FOLEY & LARDNER LLP

                                       By:   */s/ Gina A. Bibby*
                                             Steven J. Rizzi
                                             Gina A. Bibby
                                             Attorneys for Defendant
                                                Triple C Designs, Inc.