Arthur S. Beeman (State Bar No. 237996)
asbeeman@jonesday.com
Brett A. Lovejoy (State Bar No. 212942)
blovejoy@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff
ALEXX, INC.

Gina A. Bibby (State Bar No. 242657)
gbibby@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1013
Telephone: (650) 856-3700
Facsimile: (650) 856-3710

Steven J. Rizzi (*Pro Hac Vice*)
srizzi@foley.com
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Attorneys for Defendant
TRIPLE C DESIGNS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TRIPLE C DESIGNS, INC. and DOES 1-20, Inclusive<br><br>        Defendants. | CASE NO: CV 10-3946 CW<br><br>**STIPULATION AND ORDER TO CHANGE TIME PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>**[DECLARATION OF STEVEN J. RIZZI FILED CONCURRENTLY HEREWITH]**<br><br>JUDGE: HON. CLAUDIA WILKEN |

IT IS HEREBY STIPULATED by and between Plaintiff Alexx, Inc. ("Alexx") and Defendant Triple C Designs, Inc. ("Triple C"), by and through their counsel of record as follows:

WHEREAS, the initial Case Management Conference is currently set for April 5, 2011;

WHEREAS, on February 7, 2011, the parties attended a Settlement Conference before Magistrate Judge Ryu, but were unable to reach a settlement (D.I. 25);

WHEREAS, the parties agreed to continue settlement discussions and contact Magistrate Judge Ryu's chambers within one week from February 7, 2011 to schedule a date for a further Settlement Conference (D.I. 25);

WHEREAS, the parties had several discussions with Judge Ryu's chambers regarding settlement, and such discussions are ongoing;

WHEREAS, the parties respectfully request the Court continue the Case Management Conference currently scheduled for April 5, 2011 by six weeks to May 17, 2011 so that the parties can pursue further settlement discussions;

WHEREAS, there have been no other previous time modifications in the case, whether by stipulation or Court order, except, pursuant to stipulation filed October 8, 2010 (D.I. 4), the deadline for Triple C to answer Alexx's Complaint was extended to November 11, 2010; pursuant to stipulation filed November 22, 2010 (D.I. 15), the initial Case Management Conference was postponed to February 22, 2011; and pursuant to stipulation filed February 9, 2011 (D.I. 26), the initial Case Management Conference was postponed to April 5, 2011.

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the undersigned parties hereby stipulate and respectfully request the Court order as follows:

1.      The Tuesday, April 5, 2011 Case Management Conference shall be continued to Tuesday, May **24**, 2011 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612, or such other date as the Court may order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __**March 31**__, 2011.

_____
Honorable Claudia Wilken
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Submitted by:

Dated:  March 22, 2011                              FOLEY & LARDNER LLP

By:  ___/s/ Steven J. Rizzi_____
        Steven J. Rizzi
        Gina A. Bibby
        Attorneys for Defendant
         Triple C Designs, Inc.

Dated:  March 22, 2011                              JONES DAY

By:  ___/s/ Brett A. Lovejoy_____
        Brett A. Lovejoy
        Attorneys for Plaintiff
         Alexx Inc.

-2-

SVCA_857197.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for plaintiff, Brett A. Lovejoy.

Dated:  March 22, 2011                                         FOLEY & LARDNER LLP

By:   _/s/ Steven J. Rizzi_
        Steven J. Rizzi
        Gina A. Bibby
        Attorneys for Defendant
          Triple C Designs, Inc.

SVCA_857197.1